DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STIRLING HOMES, LLC,**
Appellant,

v.

**THE RESIDENCES ON HOLLYWOOD BEACH CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D17-2552

[April 19, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia Wood, Judge; L.T. Case No. 15-18171 CACE 18.

Michael Heidt of the Law Office of Gable & Heidt, Hollywood, for appellant.

Carolina Sznajderman Sheir and Darrin Gursky of Gursky Ragan, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***